UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
VICTOR SMITH o/b/o JOYCE JOYNER,                          JUDGMENT
                                                          04-CV- 4593 (DGT)
                              Plaintiff,

        -against-


JO ANNE B. BARNHART,
Commissioner of Social Security,


                              Defendant.
--------------------------------------------------------------------X


        An Order of Honorable David G. Trager, United States District Judge, having

been filed on September 21, 2005, reversing the Commissioner's decision, pursuant to the

fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further

administrative proceedings, including but not limited to a new hearing and a new decision;

it is

        ORDERED and ADJUDGED that the Commissioner's decision is reversed,

pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded

for further administrative proceedings, including but not limited to a new hearing and a

new decision.



Dated:  Brooklyn, New York
        September 21, 2005

                                        _____
                                        ROBERT C. HEINEMANN
                                        Clerk of Court